FILE COPY

**IN THE SUPREME COURT OF TEXAS**

-- -- -- --

NO. 14-0326

| | | |
|---|---|---|
| **WELLS FARGO BANK, N.A., AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2006-1 ASSET-BACKED CERTIFICATES, SERIES 2006-1** | § § § § § | **Dallas County,** |
| | § | **5th District.** |
| v. | § | |
| **LONZIE LEATH** | § | |

**February 27, 2015**

Petitioner's petition for review, filed herein in the above numbered and styled case, having been duly considered, is ordered, and hereby is, denied.

(Justice Phil Johnson not sitting)

★ ★ ★ ★ ★ ★ ★ ★ ★ ★

I, BLAKE A. HAWTHORNE, Clerk of the Supreme Court of Texas, do hereby certify that the above and attached is a true and correct copy of the orders of the Supreme Court of Texas in the case numbered and styled as above, as the same appear of record in the minutes of said Court under the date shown.

It is further ordered that petitioner, WELLS FARGO BANK, N.A., AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2006-1 ASSET-BACKED CERTIFICATES, SERIES 2006-1, pay all costs incurred on this petition.

WITNESS my hand and seal of the Supreme Court of Texas, at the City of Austin, this the 9th day of April, 2015.

Blake A. Hawthorne, Clerk

By Monica Zamarripa, Deputy Clerk